
UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br>V.<br>AMIT EZYONI, ET AL,<br>        Defendant. | Case Number CR-07-00788-JF<br><br>Status Hearing<br><br>August 13, 2008<br><br>CLERK'S NOTICE |

To all Parties and Attorneys of Record:

The status hearing set on August 6, 2008 is continued to August 13, 2008 at 10:00 a.m. before Judge Jeremy Fogel. Please report at that time to courtroom 3 on the 5th floor of the U.S. District Court, 280 S. First St., San Jose, California.

August 1, 2008
                                        For the Court
                                        Richard W. Wieking, Clerk

                                        By:  /s/
                                        Diana Munz
                                        Courtroom Deputy Clerk